UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FEDERAL DEPOSIT INSURANCE CORP.,

        Plaintiff,

-against-

MICHAEL HODGE, et al.,

        Defendants.
------------------------------------------------------------------x

**NOT FOR PUBLICATION**
**ORDER**

09-CV-3234 (CBA) (JO)

AMON, Chief United States District Judge:

        This Court has received the Report and Recommendation ("R&R") of the Honorable James Orenstein, United States Magistrate Judge, dated March 2, 2012, regarding the FDIC's motion for a default judgment against defendant George Alderdice. The R&R recommends that the motion for default be granted against Alderdice on Counts 5 and 7 of the Complaint, that Count 16 be dismissed as against Alderdice, and that the Court defer a determination of damages until the plaintiff's claims against the answering defendants have been resolved. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and, finding no clear error, adopts in full the recommendation contained in it. See Wilds v. United Parcel Services, Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

        Accordingly, the motion for a default judgment against Alderdice is granted on Counts 5 and 7 of the Complaint, as to the issue of liability. Count 16 is dismissed as to Alderdice. No judgment will enter at this time, and the determination of damages will be left until the FDIC's claims against the remaining defendants have been resolved.

        SO ORDERED.

Dated:      Brooklyn, New York
             March 23, 2012

                                                /s/
                                       Carol Bagley Amon
                                       Chief United States District Judge